MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Santander Consumer USA Inc. dba Chrysler Capital

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Case No. 19-11155(JNP) |
| IVORY L. REAVES | Chapter 13 |
|  | Hearing Date: 4-17-19 |
|  | **OBJECTION TO CONFIRMATION** |

Santander Consumer USA Inc. dba Chrysler Capital, a secured
creditor of the Debtor, objects to the Debtor's plan for the
following reasons:

a. **910 CLAIM; INTEREST RATE TOO LOW:** Chrysler Capital
holds a first purchase money security interest
encumbering a 2017 JEEP RENEGADE owned by the debtor.
The interest rate in the plan is not correct.  The net
loan balance at filing was $26,728.14.  Prime rate of
interest is now 5.5%.  The plan should be amended to pay
Chrysler Capital $26,728.14 with interest at 6.5%.  The
trustee should compute interest.  If interest was pre-
computed, the trustee would pay Chrysler Capital
$31,378.00 over 60 months.

b. **Adequate protection payments:**  The plan violates Code sections 361, 1325 and 1326.  It does not pay adequate protection payments.  Chrysler Capital requests that the trustee pay it adequate protection payments in equal monthly payments each month of $400 per month beginning in February of 2018, (being 1.5% of the net loan balance).  Chrysler Capital requests that these payments be given super priority administrative expense status and paid ahead of attorney fees, and should continue over the life of the plan.

c. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract.  Chrysler Capital must be listed as loss payee or additional insured. **The Debtors must provide Chrysler Capital with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the Debtors provide proof of insurance.**

d. Chrysler Capital must retain its lien on the vehicle following confirmation until it has been paid in full through the plan, the plan completes and the debtor receives a discharge.

e. The order of payments must be modified to provide for the priority of adequate protection payments to Chrysler Capital.


/s/ John R. Morton, Jr.

_____
John R. Morton, Jr., attorney for
Santander Consumer USA Inc. dba
Chrysler Capital

Date: 3-1-19