UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

48516
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital

In Re:

IVORY L. REAVES

**Order Filed on June 26, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No. 19-11155

Judge: (JNP)

## ORDER FOR SECURED AMOUNT TO BE PAID THROUGH DEBTOR'S CHAPTER 13 PLAN, ADEQUATE PROTECTION PAYMENTS, AND LIEN RETENTION

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: June 26, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Ivory L. Reaves
Case No: 19-11155
Caption of Order: Order for secured amount to be paid through Debtor's chapter 13 plan, adequate protection payments, and lien retention

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital ("Santander"), with the appearance of Seymour Wasserstrum, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Santander is the holder of a first purchase money security interest encumbering a 2017 Jeep Renegade bearing vehicle identification number ZACCJBBBXHPF84000.**

2. **That the secured amount that Santander shall be paid through the Debtor's plan shall be $31,190.56. This amount is reached using the agreed value of the vehicle of $26,728.14 (the net loan balance), amortized at 6.25% over 60 months.**

3. **That the Chapter 13 Trustee is hereby directed to make an immediate lump sum adequate protection payment to Santander in the amount of $1,500.00 through June 2019 and thereafter, each month, commencing July 2019, make monthly adequate protection payments to Santander in the amount of $300.00. Adequate protection payments to Santander shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to Santander. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Santander until the remaining counsel fees have been paid. The Debtor shall receive a credit for all adequate protection payments made against the total amount to be received by Santander through the plan.**

4. **That Santander shall retain its lien on the vehicle until the earlier of payment of the underlying debt under non-bankruptcy law, or the Debtor receiving a discharge in the instant case.**